## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOHN LEE LANDRIN | : | |
| DEBTOR | : | BANKRUPTCY NO. 16-12688-AMC |

### ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Christian A. DiCicco, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$3,500.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in paragraph 2 less $0.00** which was paid by the Debtor pre-petition, to the extent provided by the terms of the Debtor's Confirmed Chapter 13 Plan.

Dated: **May 25, 2018**

_____
**HONORABLE ASHELY M. CHAN**
United States Bankruptcy Judge

cc:  Christian A. DiCicco, Esquire
     Law Offices of Christian A. DiCicco, LLC
     2008 Chestnut Street
     Philadelphia, PA 19103

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106-0119

John Lee Landrin
6 Glenloch Way
Malvern, PA 19355