Certificate Number: 05781-PAE-DE-031788237

Bankruptcy Case Number: 16-12688



05781-PAE-DE-031788237

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2018, at 1:07 o'clock PM PDT, John Landrin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 20, 2018            By:    /s/Allison M Geving

Name:   Allison M Geving

Title:   President