United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12688-amc
John Lee Landrin                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
```
db         +John Lee Landrin,    6 Glenloch Way,    Malvern, PA 19355-1956
cr         +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
13710420   +AMC Mortgage Services/Citimortgage Inc,    Citimortgage Inc,    Po Box 6030,
             Sioux Falls, SD 57117-6030
13727129    AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
             MALVERN, PA 19355-0701
13742781    American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13710421   +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13718092   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13710423   +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
13778493    Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13710427   +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13710428   +Chase Mtg,    P.o. Box 24696,    Columbus, OH 43224-0696
13710430   +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
             Saint Louis, MO 63179-0040
13710431   +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
             St Louis, MO 63179-0040
13710432   +Citibank/Exxon Mobile,    Citicorp Credit Srvs/Centralized Bankru,    Po Box 790040,
             St Louis, MO 63179-0040
13710433   +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
             Saint Louis, MO 63179-0040
13710434   +Consumer Credit Counseling Services,    1608 Walnut Street, #10,    Philadelphia, PA 19103-5451
13710435  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,      Po Box 81577,    Austin, TX 78708)
13710437   +Donna M. Landrin,    6 Glenloch Way,    Malvern, PA 19355-1956
13791090   +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
             Mail Code LA4-5555,    700 Kansas lane,    Monroe, LA 71203-4774
13710442   +Lazarus Fina,    5420 Lbj Freeway,    Dallas, TX 75240-6222
13710444    Pennsylvania Department of Revenue,    P.O. Box 280846,    Bureau of Compliance,
             Harrisburg, PA 17128-0846
13710445   +Premier Orthopedics and Sports Med,    266 Lancaster Avenue. Suite 200,    Malvern, PA 19355-3256
13710446   +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
13726804   +Santander Consumer USA INC,    PO BOX 560284,    Dallas, TX 75356-0284
13710450    Td Bank N.a.,    Route 70,    Marlton, NJ 08053
13710452  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,    4325 17th Ave S.,    Fargo M, ND 58125)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13710419       +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 03:10:56     Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
13710424       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:20      Capital One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
13710425       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:45      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13739111        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:14:10
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13710426       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:13:20      Capital One Na,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
13739112        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:14:10      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
13885577       +E-mail/Text: cdicicco@myphillybankruptcylawyer.com Dec 14 2018 03:10:57
                 Christian A. DiCicco, Esq.,    Law Offices of Christian A. DiCicco,    2008 Chestnut Street,
                 Philadelphia, PA 19103-4535
13710429       +E-mail/Text: bankruptcycollections@citadelbanking.com Dec 14 2018 03:12:51
                 Citadel Federal Cred U,    Attn: Collections/Bankruptcy,    520 Eagleview Blvd,
                 Exton, PA 19341-1119
13726271        E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13710436       +E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
13710438       +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 03:10:56     G M A C,    Po Box 105677,
                 Atlanta, GA 30348-5677
13710439       +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 03:10:56     Gmac,    P.o. Box 380901,
                 Bloomington, MN 55438-0901
13710440       +E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 03:11:03     Internal Revenue Service,
                 Room 5200 IE:T3:1,    600 Arch Street,    Philadelphia, PA 19106-1611
```

```
District/off: 0313-2          User: Virginia            Page 2 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW           Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13710441       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 14 2018 03:10:59      Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
13773658        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2018 03:14:20
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13739702        E-mail/Text: bkr@cardworks.com Dec 14 2018 03:10:50      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13748666       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 03:11:53      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13710443       +E-mail/Text: bkr@cardworks.com Dec 14 2018 03:10:50      Merrick Bank/Geico Card,    Po Box 23356,
                 Pittsburg, PA 15222-6356
13790407        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:24
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13710447       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:13:56      SYNCB/Paypal,   Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13710448       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:13:47      Synchrony Bank/ JC Penneys,
                 Attn: Bankrupty,    Po Box 103104,   Roswell, GA 30076-9104
13710449       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:14:13      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
13710451        E-mail/Text: bankruptcy@td.com Dec 14 2018 03:11:57      Td Banknorth,   Po Box 1190,
                 Lewiston, ME 04243
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13710422     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTIAN A. DICICCO    on behalf of Debtor John Lee Landrin cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com;r57075@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                           TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John Lee Landrin
      Debtor(s)

Bankruptcy No: 16−12688−amc
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                             Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                             For The Court
                                              Timothy B. McGrath
                                                Clerk of Court

Dated: 12/13/18

                                                                        37 − 36
                                                                  Form 138_new